IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHEMICKA WILLIAMS,<br>　　Plaintiff<br><br>v.<br><br>TRANS UNION and<br>CMRE FINANCIAL SERVICES, INC.,<br>　　Defendants | )<br>)<br>)<br>)<br>)　CASE NO. 2:07-cv-00603-MEF-WC<br>)<br>)<br>)<br>) |

## **CONFLICT DISCLOSURE STATEMENT**

　　COMES NOW, Trans Union LLC, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

　　\_\_\_\_　This party is an individual, or
　　\_\_\_\_　This party is a governmental entity, or
　　\_\_\_\_　There are no entities to be reported, or
　　__X__　The following entities and their relationship to the party are hereby reported:

| **Reportable Entity** | **Relationship to Party** |
|---|---|
| TransUnion Corp. | Parent Company |
| Achievant LLC  (Delaware) | Subsidiary |
| Central Source LLC  (Delaware) | Subsidiary |
| TransUnion Marketing Solutions, Inc. f/k/a DDI   (Illinois) | Subsidiary |
| Cordance Technologies, Inc.  (Delaware) | Subsidiary |
| InsDec LLC   (Delaware) | Subsidiary |

| Reportable Entity | Relationship to Party |
|---|---|
| Source USA Insurance Agency, Inc. (Illinois) | Subsidiary |
| Trans Union Consumer Solutions, Inc. (Delaware) | Subsidiary |
| Trans Union Real Estate Services, Inc. (Delaware) | Subsidiary |
| Title Insurance Services Corporation (South Carolina) | Subsidiary |
| Atlantic Title Insurance Company (South Carolina) | Subsidiary |
| Trans Union Settlement Solutions, Inc. (Delaware) | Subsidiary |
| Trans Union Title Insurance Solutions Utah LLC | Subsidiary |
| Trans Union Escrow Solutions of California, Inc. | Subsidiary |
| Carolina Title Search, LLC (North Carolina) | Subsidiary |
| Trans Union Settlement Solutions of Alabama, LLC | Subsidiary |
| Atlantic Assurance of Virginia, LLC (North Carolina) | Subsidiary |
| Atlantic of Alabama, LLC | Subsidiary |
| Trans Union Content Solutions LLC (Delaware) | Subsidiary |
| True Link, Inc. (Delaware) | Subsidiary |
| TransUnion Rental Screening Solutions, Inc. f/k/a Rentport (Delaware) | Subsidiary |

| **Reportable Entity** | **Relationship to Party** |
|---|---|
| Visionary Systems, Inc. (Georgia) | Subsidiary |
| Worthknowing, Inc. | Subsidiary |
| Trans Union International, Inc. (Delaware) | Subsidiary |
| Trans Union CRIF Decision Solutions, LLC (Delaware) | Subsidiary |

Respectfully submitted,

/s/ *Kary Bryant Wolfe*

**KARY BRYANT WOLFE** (WOL016)
WALSTON WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642
(205) 244-5281
(205) 244-5481 (Fax)

**ATTORNEY FOR TRANS UNION LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Keith Anderson Nelms
andynelms@jaylewislaw.com
The Law Office of Jay Lewis
PO Box 5059
Montgomery, AL 36103-5059
334-263-7733
|334-832-4390 (Fax)

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> CMRE Financial Services, Inc.
> 3075 East Imperial Highway
> Suite 200
> Brea, CA 92821

/s/ *Kary Bryant Wolfe*
**OF COUNSEL**