IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

__SHEMICKA WILLIAMS__,  )
)
Plaintiff, )
)
v. ) CASE NO. __2:07cv603__
)
__Trans Union, et al.__, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Shemicka Williams__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

__Reportable Entity__                __Relationship to Party__

__7/24/2007__                        __/s/ Andy Nelms__
Date                                 (Signature)

K. Anderson Nelms (ASB-6972-E63K)
(Counsel's Name)

__Shemicka Williams__
Counsel for (print names of all parties)
847 So. McDonough Street, Suite 100
Montgomery, AL 36104
Address, City, State Zip Code
(334) 263-7733
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

**CERTIFICATE OF SERVICE**

I, K. Anderson Nelms _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM / ECF _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 24th ____ day of July _____ 20 07, to:

Trans Union

CMRE Financial Services, Inc.

7/24/2007
**Date**

/s/ Andy Nelms
**Signature**