UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHEMICKA WILLIAMS, )<br>   Plaintiff, )<br>  ) | Civil Action No.  2:07cv603 |
| v. )<br>  )<br>  ) | |
| TRANS UNION and )<br>CMRE FINANCIAL SERVICES, INC. )<br>  )<br>   Defendants. ) | |

**MOTION TO WITHDRAW**

COMES NOW Jay Lewis, Attorney at Law, and files his Motion to Withdraw as counsel for the Plaintiff and states that K. Anderson Nelms will be representing Plaintiff without the necessity of assistance of the undersigned.

RESPECTFULLY SUBMITTED this __30th__ day of July, 2007.

/s/ JAY LEWIS
Jay Lewis
P.O. Box 5059
Montgomery, Alabama, 36104
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing on the following parties or counsel by CM/ECF, by hand delivery or by placing a copy of the same in the United States mail, first class postage prepaid and properly addressed on this __30th__ day of July, 2007.

Kary B. Wolfe

CMRE Financial Services, Inc.
3075 East Imperial Highway
Suite 200
Brea, CA 92821

                                                /s/ JAY LEWIS
                                                Jay Lewis
                                                P.O. Box 5059
                                                Montgomery, Alabama, 36104
                                                334-263-7733 (voice)
                                                334-263-7733 (fax)
                                                J-Lewis@JayLewisLaw.com
                                                ASB-2014-E66J
                                                Attorney for Plaintiff