IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHEMICKA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-603-MEF |
| | ) |
| TRANS UNION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **O R D E R**

Upon consideration of the plaintiff's Motion to Amend/Correct Complaint (Doc. #8) filed on July 30, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 2nd day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE