UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHEMICKA WILLIAMS,       ) | |
|       Plaintiff,       ) | |
|                        ) | Civil Action No.  2:07 cv-603 |
| v.                     ) | |
|                        ) | |
|                        ) | |
| TRANS UNION and        ) | |
| CMRE FINANCIAL SERVICES, INC.   ) | |
|                        ) | |
|       Defendants.      ) | |

**NOTICE OF DISMISSAL AS TO CMRE**

COMES NOW, Plaintiff Shemicka Williams, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1), and dismisses all claims against Defendant CMRE, stating as follows:

This case was filed on June 29, 2007.  (Court Doc. #1).  Defendant CMRE was served on July 16, 2007.  (Court Doc. #3).  Defendant CMRE has not filed an answer in this case.

The above considered, Plaintiff dismisses her case against Defendant CMRE.

Respectfully Submitted this the 7th day of August, 2007.

s/K. ANDERSON NELMS
K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K
Counsel for Plaintiff

Anderson Nelms and Associates, LLC
Montgomery, Alabama 36104
(334) 263-7733
fax: (334) 832-4390

## CERTIFICATE OF SERVICE

    I hereby certify that I have served the foregoing on the following parties and/or counsel by electronic filing through the CM/ECF system or placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this the 7th day of August, 2007:

Kary B. Wolfe

CMRE Financial Services, Inc.
3075 East Imperial Highway
Suite 200
Brea, CA 92821

                                            s/K. ANDERSON NELMS
                                            K. ANDERSON NELMS
                                            P.O. Box 5059
                                            Montgomery, AL 36103
                                            Phone: (334) 263-7733
                                            Fax: (334) 832-4390
                                            andynelms@jaylewislaw.com
                                            ASB-6972-E63K
                                            Counsel for Plaintiff