**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 8, 2007

# NOTICE OF VOLUNTARY DISMISSAL

Re:   Shemicka Williams v. Trans Union, et al.
      Civil Action No. 2:07-cv-603-MEF

Pursuant to the Notice of Dismissal as to CMRE filed by the plaintiff on 8/7/2007, defendant CMRE Financial Services, Inc. has been dismissed as a party to this action.