IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHEMICKA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-603-MEF |
| ) | |
| TRANS UNION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #5) filed on July 23, 2007, which was directed at the original Complaint and the Amended Complaint (Doc. # 15) filed on August 8, 2007, it is hereby

ORDERED that the Motion to Dismiss (Doc. #5) is DENIED as MOOT.

DONE this 22nd day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE