IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| SHEMICKA WILLIAMS, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| v. | ) | CASE NO. 2:07-cv-603-MEF | |
| | ) | | |
| TRANS UNION, *et al.*, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## **O R D E R**

Upon consideration of the Defendant's Motion to Dismiss (Doc. #19) filed on August 23, 2007, it is hereby ORDERED as follows:

1. The plaintiff file a response which shall include a brief and any evidentiary materials on or before September 14, 2007.

2. The defendant may file a reply brief on or before September 21, 2007.

DONE this the 31st day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE