**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| SHEMICKA WILLIAMS, | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.  2:07cv-603 |
| v. | ) | |
| | ) | |
| | ) | |
| TRANS UNION. | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT OF THE PARTIES' PLANNING MEETING**

1.    **Appearances.**  Pursuant to Fed. R. Civ. P. 26(f), a teleconference was held on September 25, 2007 among the following participants:

Andy Nelms
Law Offices of Jay Lewis, LLC
Attorney for Plaintiff

Marc Kirkland
Strasburger and Price, LLP, Attorneys at Law
Attorney for Defendant

2.    **Pre-Discovery Disclosures.**  The parties will exchange by October 16, 2007, the information required by  Fed. R. Civ. P. 26(a)(1).

3.    **Discovery Plan.**  The parties jointly propose to the court the following discovery plan:

    a.    Discovery will be needed on the following subjects:

        1.    All information pertaining to Plaintiff's claims and damages.

        2.    All information pertaining to Defendants' defenses.

    b.    All discovery commenced in time to be completed by May 1, 2008.

    c.    There will be a maximum of 30 interrogatories by each party to any other party.  The responses will be due 30 days after service.

d.  There will be a maximum of 30 requests for production of documents by each party to any other party.  The responses will be due 30 days after service.

e.  There will be a maximum of 30 requests for admission by each party to any other party.  Responses will be due 30 days after service.

f.  The parties agree that no more than 10 depositions may be taken by a party without leave of the court or agreement of the parties.  Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

g.  Reports from retained experts under Rule 26(a)(2) will be due from Plaintiff by February 1, 2008, and from Defendant by March 1, 2008.

h.  Supplementation of the disclosures under Rule 26(e) will be due within 30 days before the end of the discovery period.

4.  **Other items.**

a.  **Scheduling Conference**
    The parties **do not** request a conference with the court before entry of the scheduling order.

b.  **Pretrial Conference**
    The parties request a pretrial conference in August, 2008.

c.  **Additional Parties, Claims and Defenses**
    The parties must join additional parties and amend the pleadings by February 1, 2008.

d.  **Dispositive Motions**
    All potentially dispositive motions should be filed by June 1, 2008.

e.  **Settlement**
    Settlement and the possibility of mediation cannot be evaluated until some discovery is complete.

f.  **Trial Evidence**
    The final list of witnesses and trial evidence under Rule 26(a)(3) should be due three weeks before trial.  The parties should have 14 days after service to list objections under Rule 26(a)(3).

g.  **Trial Date**
    This case should be ready for trial by September 29, 2008, and at this time is expected to take approximately 1day of trial time.

Dated:  September 25, 2007

/s/ Andy Nelms                        /s/ Kary Wolfe
Keith Anderson Nelms                  Kary Bryant Wolfe (WOL016)
847 So. McDonough Street, Ste 100     Walston Wells & Birchall, LLP
Montgomery, AL 36104                  PO Box 830462
ASB-6972-E63K                         Birmingham, AL 35283-0642
(334) 263-7733 Phone                  (205) 244-5281 Phone
(334) 832-4390 Fax                    (205) 244-5481 Fax

/s/ Charles Reese
Charles N. Reese

1 Old Town Square
P.O. Box 250
Phone: (334) 598-6321
Fax: (334) 598-4216

/s/ Marc Kirkland
Marc Kirkland
2801 Network Blvd., Suite 600
Frisco, TX 75034
24046221 - Texas Bar