IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHEMICKA WILLIAMS,<br>    Plaintiff | )<br>)<br>) |
| v. | ) CASE NO. 2:07-cv-00603-MEF-WC<br>) |
| TRANS UNION,<br>    Defendant | )<br>)<br>) |

**DEFENDANT TRANS UNION LLC'S MOTION FOR
ADMISSION PRO HAC VICE FOR MARC F. KIRKLAND**

Trans Union LLC ("Trans Union"), one of the Defendants herein, by and through its counsel, Kary Bryant Wolfe, hereby moves this Court for the admission by comity of Marc F. Kirkland, to serve as counsel for Trans Union *Pro Hac Vice*.

1.    Marc F. Kirkland is an attorney practicing with the firm of Strasburger & Price, LLP, 2801 Network Boulevard, Suite 600, Frisco, TX 75034-1844. He is a member in good standing of the State Bar of Texas. He is admitted to practice before the Supreme Court of Texas (State Bar No. 24046221) - admitted November 5, 2004; the U.S. District Court for the Northern District of Texas - admitted September 29, 2005; the U.S. District Court for the Western District of Texas - admitted March 26, 2007; the U.S. District Court for the Eastern District of Texas - admitted December 27, 2006; 2005; the U.S. District Court for the Western and Eastern Districts of Arkansas – admitted May 16, 2006; and the U.S. District Court for the Northern District of Florida – admitted May 12, 2006.

2.    Mr. Kirkland is familiar with the Local Rules for the Middle District of Alabama and the Alabama Rules of Professional Conduct.

3. Enclosed herewith, as required by Local Rule 83.1(b) is a check for $20.00 to the Clerk of the Court for the processing of this Motion for Admission Pro Hac Vice, an original Certificate of Good Standing for Mr. Kirkland from the United States District Court Northern District of Texas, attached hereto as Exhibit "A".

4. A form of an Order granting this Request is respectfully attached as Exhibit "B."

WHEREFORE, Trans Union prays that this Request be granted and this Court issue and Order admitting Mr. Marc F. Kirkland as counsel pro hac vice for Trans Union.

Respectfully submitted,

s//Kary B. Wolfe
**KARY BRYANT WOLFE**  (WOL016)
WALSTON, WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642
(205) 244-5281
(205) 244-5481 (Fax)
**ATTORNEY FOR TRANS UNION LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Keith Anderson Nelms
andynelms@jaylewislaw.com
The Law Office of Jay Lewis
PO Box 5059
Montgomery, AL 36103-5059
334-263-7733
334-832-4390  (Fax)
*Counsel for Plaintiff*

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    None at this time

s//Kary B. Wolfe<br>OF COUNSEL

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Marc F. Kirkland**, Bar # **24046221**, was duly admitted to practice in said Court on **09/29/07**, and is in good standing as a member of the bar of said Court.

Signed at **Dallas**, Texas on **08/10/07**.

Karen Mitchell

BY: *[signature]*
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHEMICKA WILLIAMS,<br>　　Plaintiff<br><br>v.<br><br>TRANS UNION and<br>CMRE FINANCIAL SERVICES, INC.,<br>　　Defendants | )<br>)<br>)<br>)<br>)　CASE NO. 2:07-cv-00603-MEF-WC<br>)<br>)<br>)<br>) |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Having considered the Motion For Admission Pro Hac Vice filed by Trans Union LLC and for good cause shown, the Court finds that said Motion should be granted and that Marc F. Kirkland should be and hereby is admitted to practice in the United States District Court for the Middle District of Alabama for purposes of this case only.

Dated this _____ day of _____, 2007.

_____
HONORABLE MARK E. FULLER
UNITED STATES DISTRICT JUDGE