```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000542
Cashier ID: brobinso
Transaction Date: 09/26/2007
Payer Name: WALSTON WELLS AND BIRCHALL
----------------------------------------
PRO HOC VICE
  For: MARC F KIRKLAND
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:         $20.00
CRIMINAL DEBT
  For: MARC F KIRKLAND
  Case/Party: D-ALM-2-07-CV-000603-001
  Amount:         $30.00
----------------------------------------
CHECK
  Check/Money Order Num: 65052
  Amt Tendered:   $50.00
----------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:       $0.00

PLEASE REFUND $30 TO WALSTON WELLS
PER REFUND MEMO DATED 09/26/2007
```