IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHEMICKA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-603-MEF |
| | ) | |
| TRANS UNION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the Motion for Marc F. Kirkland to Appear Pro Hac Vice

(Doc. #23) filed on September 25, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 28th day of September, 2007.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE