IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHEMICKA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-603-MEF |
| ) | |
| TRANS UNION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On August 31, 2007, the Court entered an Order (Doc. #21) directing the plaintiff to file a response on or before September 14, 2007 to Defendant Trans Union LLC's Partial Motion to Dismiss (Doc. # 19). As of the date of this Order, plaintiff has filed no response. It is hereby

ORDERED that the plaintiff show cause on or before **February 15, 2008** as to why she has failed to file a response as ordered by this Court.

DONE this the 7th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE