## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| SHEMICKA WILLIAMS, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 2:07 cv-603 |
| TRANS UNION and | ) |
| CMRE FINANCIAL SERVICES, INC. | ) |
|     Defendants. | ) |

### NOTICE OF DISMISSAL AS TO TRANS UNION, LLC

COMES NOW, Plaintiff, Shemicka Williams, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1), and dismisses all claims against Defendant, Trans Union, LLC, stating as follows:

This case was filed on June 29, 2007. (Court Doc. #1). Defendant, Trans Union, LLC, filed its Partial Motion to Dismiss on August 23, 2007. (Court Doc. #19). The above considered, Plaintiff dismisses her case against Defendant, Trans Union, LLC, with prejudice.

Respectfully Submitted this the 12th day of February, 2008.

                                        s/K. ANDERSON NELMS
                                        K. ANDERSON NELMS
                                        P.O. Box 5059
                                        Montgomery, AL 36103
                                        Phone: (334) 263-7733
                                        Fax: (334) 832-4390
                                        andynelms@andersonnelms.com
                                        ASB-6972-E63K
                                        Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served the foregoing on the following parties and/or counsel by electronic filing through the CM/ECF system or placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this the 12th day of February, 2008:

Kary B. Wolfe, Esq.
Marc Kirkland, Esq.

                                                     s/K. ANDERSON NELMS
                                                     K. ANDERSON NELMS
                                                     P.O. Box 5059
                                                     Montgomery, AL 36103
                                                     Phone: (334) 263-7733
                                                     Fax: (334) 832-4390
                                                     andynelms@andersonnelms.com
                                                     ASB-6972-E63K
                                                     Counsel for Plaintiff