IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHAMICKA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-603-MEF |
| | ) |
| TRANS UNION, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

This cause is before the Court on Plaintiff's Notice of Dismissal as to Trans Union, LLC, (Doc. # 28) filed on February 12, 2008. The Court construes this document to be a motion to dismiss her claims against Trans Union with prejudice. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, a plaintiff may only voluntarily and unilaterally dismiss an action against a defendant prior to the time that defendant files an answer or motion for summary judgment, whichever first occurs. After a defendant files an answer or motion for summary judgment, a plaintiff seeking to dismiss claims against a defendant must file either: a stipulation of dismissal *signed by all parties who have appeared in the action* or a proper motion which may be granted absent objection from the defendant. *See* Fed. R. Civ. P. 41(a)(1)(ii) & Fed. R. Civ. P. 41(a)(2). Here, Plaintiff attempts to dismiss the action with prejudice by filing a stipulation of dismissal after the defendants have filed an answer. Given that this fails to comport with the requirements of Federal Rule of Civil Procedure 41, it is ORDERED that:

(1) On or before **February 27, 2007**, Plaintiff file appropriate submissions in accordance with the requirements of Federal Rule of Civil Procedure 41 in the form of either a *joint stipulation of dismissal signed by all parties who have appeared in the action* or a motion to dismiss without prejudice. Plaintiff should consult with CM/ECF Civil Administrative Procedure II.C.3, *available at* http://www.almd.uscourts.gov/cmecf/pubs/CivilAdminProc050207.pdf, which addresses the procedure for electronic filing and signing of joint stipulations.

(2) Plaintiff's Notice of Dismissal as to Trans Union, LLC (Doc # 28), which is construed as a motion to dismiss with prejudice is DENIED.

DONE this the 13th day of February, 2008.

                                       /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE