IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHAMICKA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-603-MEF |
| | ) |
| TRANS UNION, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

On February 12, 2008, Plaintiff filed a Motion to Dismiss (Doc. # 28), by which she sought to dismiss with prejudice Trans Union, the sole remaining defendant in this case. However, this motion did not comply with Federal Rule of Civil Procedure 41(a)(1), which only allows a plaintiff to voluntarily and unilaterally dismiss an action against a defendant with prejudice if that defendant has not filed an answer or motion for summary judgment. Because Trans Union filed an Answer (Doc. # 18) on August 23, 2007, Plaintiff could not dismiss Trans Union with prejudice unless it was signed by Trans Union.

Accordingly, this Court entered an Order (Doc. # 29) on February 13, 2008, requiring Plaintiff to file on or before February 27, 2008 a joint stipulation of dismissal that complied with Rule 41. However, because this Order contained a typographical error as to the deadline, the Court will extend the deadline by which Plaintiff is to file appropriate submissions meeting the requirements of Rule 41.

Furthermore, in light of Plaintiffs attempt to dismiss Trans Union from this case, this

Court finds that Trans Union's Partial Motion to Dismiss (Doc. # 19), filed August 23, 2007, is due to be DENIED with leave to refile should this case move forward.

For the reasons set forth above, it is hereby ORDERED that:

(1) Defendant Trans Union's Partial Motion to Dismiss (Doc. # 19), filed August 23, 2007 is DENIED without prejudice to being refiled at a later date if necessary.

(2) On or before **March 13, 2008**, Plaintiff shall file appropriate submissions in accordance with the requirements of Federal Rule of Civil Procedure 41 in the form of either a **joint stipulation of dismissal signed by all parties who have appeared in the action** or a motion to dismiss without prejudice. Plaintiff should consult with CM/ECF Civil Administrative Procedure II.C.3, *available at* ttp://www.almd.uscourts.gov/cmecf/pubs/CivilAdminProc050207.pdf, which addresses the procedure for electronic filing and signing of joint stipulations.

(3) This Court feels, despite the typographical error in the deadline, that the intent of the February 13 Order was clear. **Therefore, if Plaintiff's counsel fails to meet this new deadline, counsel can expect this Court to order a hearing at which he will be required to show cause why he should not be sanctioned pursuant to Rule 16.**

DONE this the 4th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE