UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHEMICKA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07 cv-603 |
| | ) |
| TRANS UNION and | ) |
| CMRE FINANCIAL SERVICES, INC. | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT TRANS UNION, LLC**

COMES NOW, Plaintiff Shemicka Williams, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and dismisses all claims against Defendant Trans Union, LLC, stating as follows:

1. This case was filed on June 29, 2007. (Court Doc. #1). Defendant Trans Union, LLC filed a Motion to Dismiss on July 23, 2007. (Court Doc. #5).

2. On July 30, 2007, Plaintiff filed a Motion to Amend and/or Correct her Complaint. (Court Doc. #8). This court granted the aforesaid motion on August 2, 2007. (Court Doc. #12). On August 8, 2007, Plaintiff filed an Amended Complaint. (Court Doc. #15).

3. On August 23, 2007, Defendant Trans Union, LLC filed its Answer to Plaintiff's Amended Complaint. (Court Doc. #18). On this same date, Defendant Trans Union, LLC filed a Partial Motion to Dismiss. (Court Doc. #19).

4. Plaintiff Shemicka Williams and Defendant Trans Union, LLC jointly agree to this court's dismissal of Plaintiff's claims against Defendant Trans Union, LLC, with prejudice. The above considered, Plaintiff requests that this Court dismiss her case against Defendant

Trans Union, LLC, with prejudice.

    RESPECTFULLY SUBMITTED this the 6th day of March, 2008.

| | |
|---|---|
| /s K. Anderson Nelms | /s Kary Wolfe |
| Keith Anderson Nelms (NEL022) | Kary Bryant Wolfe (WOL016) |
| 847 So. McDonough Street, Ste 100 | Walston Wells & Birchall, LLP |
| Montgomery, AL 36104 | PO Box 830462 |
| ASB-6972-E63K | Birmingham, AL 35283-0642 |
| (334) 263-7733 Phone | (205) 244-5281 Phone |
| (334) 832-4390 Fax | (205) 244-5481 Fax |
| Counsel for Plaintiff | Counsel for Defendant |

## CERTIFICATE OF SERVICE

    I hereby certify that I have served the foregoing on the following parties and/or counsel by electronic filing through the CM/ECF system or placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this the 6th day of March, 2008:

Kary B. Wolfe, Esq.
Marc Kirkland, Esq.
P.O. Box 830462
Birmingham, Alabama 35283-0642


                                                              s/ K. ANDERSON NELMS
                                                              K. ANDERSON NELMS
                                                               P.O. Box 5059
                                                               Montgomery, AL 36103
                                                               Phone: (334) 263-7733
                                                               Fax: (334) 832-4390
                                                               andynelms@andersonnelms.com
                                                               ASB-6972-E63K
                                                               Counsel for Plaintiff